UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS6

| Case No. | CV 14-3312 DSF (Ex) | Date | 5/6/14 |
|---|---|---|---|
| Title | Wells Fargo Bank v. Abdolhamid Heydarzadeh | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

   This matter was removed from state court on April 29, 2014, based on federal question jurisdiction.  It is a state law unlawful detainer complaint that does not state a federal cause of action.  Federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.